IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BOARD OF INTERNAL MEDICINE | : CIVIL ACTION : : |
| vs. | : NO. 10-CV-2678 : |
| ANASTASSIA TODOR, M.D. | : |

**ORDER**

AND NOW, this 31st day of January, 2011, upon consideration of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's Complaint is DISMISSED for insufficient personal jurisdiction without prejudice to Plaintiff's right to re-file its Complaint in an appropriate forum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.